

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

April 19, 2024

**BY CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re: *Shoulder Innovations, Inc. v. Catalyst Orthoscience Inc.,* C.A. No. 24-266-JLH

Dear Judge Hall:

    Enclosed please find a copy of the parties' proposed scheduling order in this matter. The schedule has been agreed upon by the parties so there are no issues that need to be discussed at the Rule 16 conference. Counsel is available at the Court's convenience for any questions.

    Respectfully submitted,

    */s/ Karen E. Keller*

    Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
       All counsel of record (by CM/ECF & Email)