IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHOULDER INNOVATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 24-266-JPM |
| v. | ) |
| | ) |
| CATALYST ORTHOSCIENCE INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**
**FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 15(a)(2) and 15(d) and subject to the approval of the Court, that Plaintiff may file an Amended Complaint for Patent Infringement in the form attached hereto as Exhibit 1 (without Exhibits).[1]

| | |
|---|---|
| /s/ Karen E. Keller | /s/ Michelle C. Streifthau-Livizos |
| Karen E. Keller (No. 4489) | James D. Taylor, Jr. (No. 4009) |
| Nathan R. Hoeschen (No. 6232) | Michelle C. Streifthau-Livizos (No. 6584) |
| Emily S. DiBenedetto (No. 6779) | SAUL EWING LLP |
| Lindsey M. Geller (No. 7202) | 1201 N. Market Street, Suite 2300 |
| SHAW KELLER LLP | Wilmington, DE 19801 |
| I.M. Pei Building | (302) 421-6863 |
| 1105 North Market Street, 12th Floor | james.taylor@saul.com |
| Wilmington, DE 19801 | michelle.streifthau-livizos@saul.com |
| (302) 298-0700 | *Attorneys for Defendant* |
| kkeller@shawkeller.com | *Catalyst OrthoScience Inc.* |
| nhoeschen@shawkeller.com | |
| edibenedetto@shawkeller.com | |
| lgellar@shawkeller.com | |
| *Attorneys for Plaintiff* | |
| *Shoulder Innovations, Inc.* | |

---

[1] Attached hereto as Exhibit 2 is a redline version showing how the proposed Amended Complaint differs from the original Complaint (D.I. 1).

IT IS SO ORDERED, this _____ day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE